**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael CROMWELL, a/k/a Mike Tyson, a/k/a Mikey, a/k/a Charlie, Defendant–Appellant.**

No. 16–6599

United States Court of Appeals, Fourth Circuit.

Submitted: August 18, 2016

Decided: August 23, 2016

Michael Cromwell, Appellant Pro Se, Joseph Evan DePadilla, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Cromwell appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cromwell, No. 2:11–cr–00009–AWA–DEM–1 (E.D. Va. Oct. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED